

# NUMBER 13-26-00234-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JANE DOE,**                                                                    **Appellant,**

**v.**

**DR. NELSON KALAF AND**
**NELSON R. KALAF, MD P.A.,**                                      **Appellees.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion. On March 23, 2026, appellant Jane Doe filed a notice of appeal seeking to appeal an order of dismissal entered in trial court cause number CL-19-4487-B. On March 25, 2026, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with the Texas Rules of

Appellate Procedure 9.5(e) and 25.1(d)(4). *See* TEX. R. APP. P. 5(e), 25.1(d)(4). Appellant was further advised to remit a $205.00 filing fee within ten days from the date of the notice. On April 9, 2026, the Clerk again notified appellant that she was delinquent in remitting a $205.00 filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See id.* R. 42.3(b), (c).

Appellant has failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
11th day of June, 2026.

2